UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| STEVEN MULKERN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:22-CV-00094-JRG-CRW |
| MMAD COMPANY, LLC, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter is before the Court on the parties' Joint Motion to Approve FLSA Settlement [Doc. 32]. The Court has reviewed the parties' Settlement Agreement and General Release [Doc. 32-1]. The settlement agreement is a fair and reasonable compromise of bona fide issues of law and fact. The parties' motion [Doc. 32] is therefore **GRANTED**, their settlement agreement [Doc. 32-1] is **APPROVED**, and this case is hereby **DISMISSED with prejudice**. The Clerk of Court is **DIRECTED** to close this case.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE